```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------X
PROACTIVE CAPITAL PARTNERS, LP,

                Plaintiff,                    O R D E R

          - against -                         22 Civ. 4654 (NRB)

SYSOREX, INC.,

                Defendant.
----------------------------------X
```
**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

  **WHERAS** A.Y. Strauss LLC has filed a motion to withdraw as counsel for defendant; and

  **WHEREAS** A.Y. Strauss LLC has also filed a motion to seal the Memorandum of Law and Declaration of Jordan M. Engelhardt in Support of A.Y. Strauss LLC's Motion to Withdraw as Counsel for Defendant Sysorex, Inc.; and

  **WHEREAS** corporate parties may not proceed <u>pro se</u> and must be represented by an attorney, and failure to appear by counsel may result in the entry of a default judgment or dismissal of claims presented, <u>see</u> <u>Jones v. Niagara Frontier Transp. Auth.</u>, 722 F.2d 20, 22 (2d Cir. 1983); it is hereby

  **ORDERED** that A.Y. Strauss LLC's motion to withdraw and motion to seal are granted; and it is further

  **ORDERED** that corporate defendant Sysorex, Inc. has 30 days to retain new counsel and that failure to do so will result in

the entry of a default judgment against Sysorex, Inc.; and it is further

**ORDERED** A.Y. Strauss, LLC is directed to serve defendant with this order; and it is further

**ORDERED** that the parties' discovery deadlines are stayed pending further direction from the Court.

DATED:   New York, New York
         August 23, 2023

                                    _____
                                    NAOMI REICE BUCHWALD
                                    UNITED STATES DISTRICT JUDGE