```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------X
PROACTIVE CAPITAL PARTNERS, LP,

            Plaintiff,                          **ORDER**

      - against –                         22 Civ. 4654 (NRB)

SYSOREX, INC.,

            Defendant.

------------------------------X
```

**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

WHEREAS, the Court issued a Memorandum and Order on May 20, 2024 addressing plaintiff's motion to enter a default judgment for damages, attorneys' fees, and costs following the Clerk's entry of a certificate of default, ECF Nos. 43, 46; and

WHEREAS, the Court awarded plaintiff partial relief with respect to its damages and attorneys' fees claims, and full relief with respect to its claim for costs; and

WHEREAS, in the decision, the Court informed plaintiff that, should it seek to recover additional attorneys' fees, it would be required to submit further documentation in support of its application, ECF No. 46 at 16; and

WHEREAS, plaintiff submitted a supplemental declaration with an accompanying exhibit on July 1, 2024, ECF No. 47; and

WHEREAS, the Court has reviewed that submission and found it well-supported; it is hereby

**ORDERED** that the Clerk of Court enter judgment in favor of plaintiff awarding damages in the amount of $683,788, attorneys' fees in the amount of $271,043.50, and costs in the amount of $1,320.94 against defaulting defendant.


Dated:     August 16, 2024
           New York, New York



_____
     NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE