UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
PROACTIVE CAPITAL PARTNERS, LP,

                Plaintiff,

                22 **CIVIL** 4654 (NRB)

      -against-                **DEFAULT JUDGMENT**

SYSOREX, INC.,

                Defendant.
-----------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED, AND DECREED**, That for the reasons stated in the Court's Order dated August 16, 2024, plaintiff's motion for default judgment is granted. The plaintiff is awarded damages in the following amounts: $683,788, attorneys' fees in the amount of $271,043.50, and costs in the amount of $1,320.94 against defaulting defendant.

**DATED**: New York, New York
          August 22, 2024

                                      **DANIEL ORTIZ**
                                      _____
                                    **Acting Clerk of Court**

                              **BY**: _____
                                       **Deputy Clerk**